JOSEPH F. WITMER, Appellant, *v.* CITY OF JAMESTOWN, Respondent.

*Witmer* v. *City of Jamestown*, 125 App. Div. 43, affirmed.
(Argued October 20, 1909; decided November 9, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1908, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial in an action to recover for an alleged breach of contract for services.

*Arthur C. Wade* and *Lincoln A. Groat* for appellant.

*Frank W. Stevens* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BART-LETT and HISCOCK, JJ. Not voting: EDWARD T. BARTLETT, J. Dissenting: HAIGHT, J.